Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V                                        Case No. A01-0143-01CR (JKS)

Tamara S. Rhyner

    On April 5, 2002, the above-named was placed on probation for a period of five years. The defendant has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Tamara S. Rhyner be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

**REDACTED SIGNATURE**

Mary Frances Barnes                                        Date
U.S. Probation Officer

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this ___ day of ____December____, 20_06_

**REDACTED SIGNATURE**

James K. Singleton
Senior U.S. District Court Judge

UNITED STATES PROBATION AND PRETRIAL SERVICES OFFICE - DISTRICT OF ALASKA

# MEMORANDUM

DATE: December 12, 2006

REPLY TO ATTN OF: Mary Frances Barnes
U.S. Probation/Pretrial Services Officer

SUBJECT: **Tamara Rhyner**
**A01-0143-01 CR (JKS)**

TO: The Honorable James K. Singleton
Senior U.S. District Court Judge

CC:



On April 5, 2002, Tamara Rhyner was convicted of Theft of Public Money and was sentenced to five years probation and ordered to pay $7,477.60 in restitution. This case involved the misuse of a government-issued Purchase Card for personal use. The defendant has no prior record.

Rhyner has complied with all conditions of supervision, paid her restitution in full, maintained stable residence and employment, and cooperated with the probation officer. Rhyner has worked hard to provide for her children and maintained a lifestyle consistent with her income.

Rhyner's probation is scheduled to terminate on April 4, 2007, however, iIt is respectfully recommended that Rhyner's probation be terminated early.